## UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## El Paso Division

Bankruptcy Case No.: 24−31182−cgb

Chapter No.: 7

Judge: Christopher G Bradley

IN RE: **Kik In Trucking, LLC** , Debtor(s)

## NOTICE OF PAST DUE DEADLINE FOR FILING OF DOCUMENT

The original signed Declaration for Electronic Filing has not been electronically filed into CM/ECF for the filing of:

*14 −* Amended Schedules and Summary: Amended Schedule(s): A/B, D, and Statement of Financial Affairs, ( Filing Fee: $ 34.00 ) filed by Carlos A. Miranda for Debtor Kik In Trucking, LLC. −−Declaration for Electronic Filing due by 12/19/2024 (Miranda, Carlos)

**Please electronically file the original Declaration for Electronic Filing immediately.** If the Declaration for Electronic Filing is not filed by **January 6, 2025**, as to any original petition, matrix, statement and schedules, this case will be dismissed by the court and that, as to any amended petition, statement, schedule or matrix, the amendment(s) will be stricken by the Court.

Dated: 12/23/24

                                                      Barry D. Knight
                                                      Clerk, U. S. Bankruptcy Court

**[Declaration Due Letter]** [LtrDclrdu]

| | |
|---|---|
| In re: | Case No. 24-31182-cgb |
| Kik In Trucking, LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 23, 2024 | Form ID: 234 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kik In Trucking, LLC, 309 W. 2nd Street, Odessa, TX 79761-5440 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carlos A. Miranda | on behalf of Debtor Kik In Trucking LLC cmiranda@eptxlawyers.com, wendy@eptxlawyers.com |
| John Patrick Lowe | pat.lowe.law@gmail.com plowe@ecf.axosfs.com |
| John Patrick Lowe | on behalf of Trustee John Patrick Lowe pat.lowe.law@gmail.com plowe@ecf.axosfs.com |
| United States Trustee - EP12 | USTPRegion07.SN.ECF@usdoj.gov |

TOTAL: 4